## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT IN CASE NUMBER
## 8:23-mj-1242-AEP

I, Justin Allen, being duly sworn, depose and state the following

1. I am employed as a Special Agent with the Internal Revenue Service–Criminal Investigation ("IRS-CI") and have been employed in this capacity since February of 2010. My responsibilities include the investigation of criminal violations of Titles 18, 26, and 31 of the United States Code, and related offenses. I earned a Bachelor of Science degree in Accounting from Florida State University in 2004 and a Masters in Accounting from Florida State University in 2005. I received my Certified Public Accountant license from the State of Florida in 2006. I have attended over 500 hours of training in various aspects of criminal investigation as well as classes dealing specifically with tax evasion, money laundering, asset seizure and forfeiture, various financial investigative techniques, and related financial investigations. I received this training from the Federal Law Enforcement Training Center in Glynco, Georgia, as well as the National Criminal Investigation Training Academy for Internal Revenue Service Special Agents, Glynco, Georgia. In my capacity as a special agent with IRS-CI, I have conducted a variety of financial, tax, narcotics, money laundering, organized crime, national security, and cybercrime investigations. I am currently assigned to the Cyber Crimes Unit in the Washington, DC Field Office.

2. I make this supplemental affidavit to correct an error in a previous affidavit in support of an application for a criminal complaint and arrest warrant for

Roman BOSS, matter number 8:23-mj-1242-AEP. This supplemental affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that BOSS has violated 18 U.S.C. § 1960, operating an unlicensed money service business and 18 U.S.C. § 1956(a)(2).

## CORRECTION

3. The previous affidavit matter number 8:23-mj-1242-AEP is incorporated entirely herein for reference.

4. Paragraph 27 of the previous affidavit stated: "U.S.-based VCE2 customers accounted for another 15,000 customers who transacted with Cryptonator." I received the number of U.S.-based customers that transacted with VCE2 during a phone call with a Legal Projects Coordinator from VCE2. Subsequently, VCE2 provided records about the number of customers who transacted with Cryptonator. That number was lower much lower than the anticipated 15,000.

5. Subsequent communications with the same Legal Projects Coordinator from VCE2 revealed the error was due to a miscommunication. VCE2 believed there were 15,000 transactions with U.S.-based customers, not 15,000 customers. VCE2 has responded that they will provide an updated amount of U.S.-based and non-

U.S.-based customers that transacted with Cryptonator. However, they are unable to provide those numbers immediately due to an audit. Undersigned felt it important, however, to clarify this error for the Court as soon as possible.

Respectfully submitted,

_____
JUSTIN R. ALLEN
Special Agent, IRS-CI

Sworn to and subscribed before me this 23 day of March, 2023.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge